


FILED '05 DEC 02 10:41 USDC-ORP

'05 DEC 01 11:06 USDC-ORP

**Robert A. Shlachter**, OSB No. 91171
Email: rshlachter@ssbls.com
**Timothy S. DeJong**, OSB No. 94066
Email: tdejong@ssbls.com
**Jacob S. Gill**, OSB No. 03323
Email: jgill@ssbls.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840

**William O. Geny**, OSB No. 83040
Email: bill@chernofflaw.com
CHERNOFF VILHAUER MCCLUNG & STENZEL LLP
601 SW 2nd Avenue, Ste. 1600
Portland OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN R. JAMISON,<br><br>    Plaintiff(s),<br>v.<br><br>OLIN CORPORATION-WINCHESTER DIVISION; U.S. REPEATING ARMS CO., INC.; BROWNING; BROWNING ARMS CO.; and G.I. JOE'S, INC.,<br><br>    Defendants. | Case No. 3-03-01036-KI (Lead Case)<br><br>**SETTLEMENT ORDER AND DISMISSAL** |

**PAGE 1 – SETTLEMENT ORDER AND DISMISSAL**

::ODMA\GRPWISE\SSBLS_Domain.PO_PDX.Clients3:83073.3

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Pursuant to the Stipulated Motion for Entry of Settlement Order and Dismissal executed by all parties, IT IS HEREBY ORDERED as follows:

1. This Settlement Order and Dismissal is subject to all terms of the Confidential Settlement Agreement dated as of November 1, 2005 (the "Agreement"), entered into between the parties.

2. The issues of validity, enforceability and infringement of U.S. Patent Nos. 6,550,174; 6,595,138; 6,675,717; and 6,678,983 (the "Patents in Suit") are hereby finally concluded and disposed of in accordance with the terms of the Agreement.

3. Claim One (Patent Infringement) of Plaintiff's Second Amended Consolidated Complaint is hereby dismissed without prejudice; Claims Two through Eight of Plaintiff's Second Amended Consolidated Complaint are hereby dismissed with prejudice; and all counterclaims asserted by any defendant in this case are hereby dismissed with prejudice.

4. This Court retains jurisdiction over all the parties and for all disputes between the parties to enforce or interpret the Agreement or any exhibits thereto or relating in any way to the Patents in Suit.

5. This Settlement Order and Dismissal is without fees or costs to any party.

IT IS SO ORDERED.

Dated this 2nd day of December, 2005.

_____
Garr M. King
United States District Judge

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

::ODMA\GRPWISE\SSBLS_Domain.PO_PDX.Clients3:83073.3

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **SETTLEMENT ORDER AND DISMISSAL** on the following named person(s) on the date indicated below,

[X] **By Email and Regular Mail**

to said persons a true copy thereof, addressed to said persons at their last known addresses indicated below,

Robert E. Sabido
Cosgrave Vergeer & Kester
805 SW Broadway, 8th Floor
Portland, OR 97205
Facsimile: 503/323-9019
E-Mail: rsabido@cvk-law.com

Stephen D. Gay
Husch & Eppenberger, LLC
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Facsimile: 423/66-5499
E-Mail: steve.gay@husch.com

Dutro E. Campbell, II
Gregory E. Upchurch
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Facsimile: 314/480-1505
Email: bruce.campbell@husch.com
**Attorneys for Olin Corporation, Inc. and G.I. Joe's, Inc.**

Jeffrey A. Ryva
Husch & Eppenberger, LLC
401 Main Street, Suite 1400
Peoria, Illinois 61602
Facsimile: 309/637-4928
Email: jeff.ryva@husch.com
**Attorneys for Olin Corporation, Inc. and G.I. Joe's, Inc.**

Jeffrey S. Love
Klarquist Sparkman LLP
121 SW Salmon St., Suite 1600
Portland, OR 97204
Facsimile: 503/228-9446
E-Mail: jeffrey.love@klarquist.com

Brett Foster
James R. Farmer
Holland & Hart LLP
60 East South Temple, Suite 2000,
Salt Lake City, Utah 84111-1031
Facsimile: 801/364-9124
E-mail: bfoster@hollandhart.com
**Attorneys for Browning, Browning Manufacturing, Inc., and Browning Arms Co., and U.S. Repeating Arms**

DATED this 1st day of December 2005.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: _____
Robert A. Shlachter, OSB No. 91171
Timothy S. DeJong, OSB No. 94066
Jacob S. Gill, OSB No. 03323
Jennifer A. Wagner, OSB No. 02447
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
**Attorneys for Plaintiff John R. Jamison**

Page 1 - CERTIFICATE OF SERVICE

K:\WDOX\MainDocs\7339\001\00074484.DOC

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

7339-001